## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Jacqueline Oporto<br>    Debtor | : | |
| | : | CASE NO. 18-03842 |
| | : | |

### REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned, as counsel for City of Scranton, an interested party in the above-captioned bankruptcy case, hereby requests, pursuant to U.S. Bankruptcy Court Rules 2002 and 9007, and 11 U.S.C. §§ 342 and 1109(b) of the U.S. Bankruptcy Code, that all notices given or required to be given and all papers served or required to be served in these proceedings be also given to and served upon:

**James R. Wood, Esquire**
**Portnoff Law Associates, Ltd.**
**2700 Horizon Drive, Suite 100**
**King of Prussia, PA 19406**
**Telephone No. (484) 690-9341    Facsimile No. (484) 690-9301**
**jwood@portnoffonline.com**

PLEASE TAKE FURTHER NOTICE that under 11 U.S.C. § 1109(b) of the U.S. Bankruptcy Code, this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, hearing, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telecopy, facsimile, telex, electronically or otherwise.

**PORTNOFF LAW ASSOCIATES, LTD.**

**By:  /s/   James R. Wood, Esquire**
James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
(484) 690-9341 (telephone)
(484) 690-9301 (facsimile)
Attorney for City of Scranton

21-65420-0/RFN/mrw