United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                    Case No. 18-03842-MJC

Jacqueline Oporto                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                             Page 1 of 3

Date Rcvd: Oct 05, 2022                     Form ID: ordsmiss                          Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Oporto, 217 Wheeler Avenue, Scranton, PA 18510-2512 |
| 5450222 | + | City of Scranton, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5450221 | + | City of Scranton, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |
| 5442954 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5106918 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard Suite 1400, One Penn Center Plaza, Philadelphia PA 19103 |
| 5106920 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc., 14523 SW Millikan WaySte. 200, Beaverton, OR 97005 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 05 2022 18:39:00 | Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, TX 75266-0366, UNITED STATES 75266-0366 |
| 5130509 | + | EDI: CINGMIDLAND.COM | Oct 05 2022 22:43:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5106910 | + | EDI: CAPITALONE.COM | Oct 05 2022 22:43:00 | Capital One, PO Box 71083, Charlotte NC 28272-1083 |
| 5106911 | + | EDI: CAPITALONE.COM | Oct 05 2022 22:43:00 | Capital One, PO Box 30253, Salt Lake City UT 84130-0253 |
| 5116576 | | EDI: CAPITALONE.COM | Oct 05 2022 22:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5106912 | + | EDI: CAPITALONE.COM | Oct 05 2022 22:43:00 | Capital One Lord &Taylor, PO Box 71083, Charlotte NC 28272-1083 |
| 5106913 | + | EDI: CAPITALONE.COM | Oct 05 2022 22:43:00 | Capital One Neiman Marcus, PO Box 30253, Salt Lake City UT 84130-0253 |
| 5124055 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 05 2022 18:39:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department, 10500 KINCAID DRI, FISHERS IN 46037-9764 |
| 5124056 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 05 2022 18:39:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5106914 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 05 2022 18:39:00 | Freedom Mortgage, 907 Pleasant Valley, Suite 3, Mount Laurel NJ 08054-1210 |
| 5442955 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 05 2022 18:39:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5106915 | | Email/Text: BKRMailOPS@weltman.com | Oct 05 2022 18:39:00 | Kay Jewelers, PO Box 740425, Cincinnati OH 45274-0425 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5106916 | + | Email/Text: BKRMailOPS@weltman.com | Oct 05 2022 18:39:00 | Kay Jewelers, 375 Ghent Road, Fairlawn OH 44333-4600 |
| 5106917 | + | Email/Text: support@ljross.com | Oct 05 2022 18:39:00 | LJ Ross Associates, 4 Universal Way, Jackson, MI 49202-1455 |
| 5110532 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 05 2022 18:39:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 5106919 | + | EDI: LCIPHHMRGT | Oct 05 2022 22:43:00 | PHH Mortgage, 1 Mortgage Way SV09, Mountt Laurel NJ 08054-4624 |
| 5129941 | | EDI: PRA.COM | Oct 05 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5107792 | + | EDI: RECOVERYCORP.COM | Oct 05 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5106921 | | EDI: RMSC.COM | Oct 05 2022 22:43:00 | SYNCB/Dicks Sporting Goods, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5106922 | | EDI: RMSC.COM | Oct 05 2022 22:43:00 | Synchrony Bank Ashley Furniture, PO Box 965036, Orlando FL 32896-5036 |
| 5106923 | | EDI: RMSC.COM | Oct 05 2022 22:43:00 | Synchrony Bank Scoreboards, PO Box 965036, Orlando FL 32896-5036 |
| 5106925 | | EDI: RMSC.COM | Oct 05 2022 22:43:00 | Synchrony Bank Walmart, PO Box 530927, Atlanta GA 30353-0927 |
| 5106924 | + | EDI: RMSC.COM | Oct 05 2022 22:43:00 | Synchrony Bank Walmart, PO Box 965036, Orlando FL 32896-5036 |
| 5106926 | | Email/Text: inchargehq@westcreekfin.com | Oct 05 2022 18:39:00 | West Creek Finance, PO Box 5518, Glen Allen, VA 23058-5518 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor City of Scranton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| John Fisher | on behalf of Debtor 1 Jacqueline Oporto johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jacqueline Oporto,　　　　　　　　　　　　　　　　Chapter　　　13
aka Jacqueline Oporto Villanueva,

　　**Debtor 1**　　　　　　　　　　　　　　　　　Case No.　　　5:18−bk−03842−MJC

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

　　　　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mark J. Conway*

　　　　　　　　　　　　　　　　　　　　　　　Mark J. Conway, United States Bankruptcy Judge

　　　　　　　　　　　　　　　　　　　　　　　Dated: October 5, 2022

ordsmiss (05/18)